**Edward ALMONTE, Appellant,**

v.

**Lisa J.W. HOLLINGSWORTH, Warden, Appellee.**

No. 06–1664.

United States Court of Appeals, Eighth Circuit.

Submitted: March 15, 2007.

Filed: March 22, 2007.

Edward Almonte, Petersburg, VA, pro se.

William H. Koch, U.S. Attorney's Office, Minneapolis, MN, for Appellee.

Before COLLOTON, HANSEN, and BENTON, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Edward Almonte appeals the district court's [1] denial of his 28 U.S.C. § 2241 petition, which alleged his constitutional rights were violated by a disciplinary action that resulted in his loss of good-conduct time. Upon careful review of the record and the appellate submissions, we hold that the district court properly concluded Almonte was not entitled to relief under section 2241. Accordingly, we affirm. *See* 8th Cir. R. 47B.

1. The Honorable Ann D. Montgomery, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Susan Richard Nelson, United States Magistrate Judge for the District of Minnesota.